UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Kelly Gurto, *on behalf of herself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Access Receivables Management, Inc.<br><br>    Defendant. | )<br>)<br>)<br>)  Case No: 1:18-cv-00488-CMH-JFA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff, Kelly Gurto, by and through her undersigned counsel, gives notice of voluntary dismissal of her claims against Defendant in this action without prejudice.

Date: May 19, 2018

*/s/ Joshua Erlich*
Joshua Erlich (Virginia Bar No.: 81298)
The Erlich Law Office, PLLC
2111 Wilson Blvd., Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
jerlich@erlichlawoffice.com

*Counsel for Plaintiff and the proposed classes*

So Ordered
Claude M. Hilton
USDJ
May 21, 2018